KS|RM

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501

Richmond, VA 23219

RECEIVED

2025 NOV 12  P 3: 08

U.S. COURT OF APPEALS

Date: November 5, 2025

To: K. Stump, Deputy Clerk / Case Manager

United States Court of Appeals for the Fourth Circuit

Re: Request to Hold Case in Abeyance and for Appointment of Counsel

Case No.: 25-6935  (Originating Criminal No. 4:21-CR-00015-EKD-1)

MEMORANDUM LETTER FROM DEFENDANT–APPELLANT

Dear Ms. Stump,

I, Pierre Rashad Preston, Reg. No. 54173-509, respectfully submit this correspondence in reference to the above-captioned appeal.

1. This appeal arises from my motion for compassionate release under the First Step Act. I am currently proceeding pro se and am requesting that the Court of Appeals place this appeal in abeyance while related post-judgment proceedings remain pending before the United States District Court for the Western District of Virginia (Danville Division).

2. Specifically, I have filed a Rule 59(e) Motion for Reconsideration and supporting memorandum presently before the district court, concerning the same order that is the subject of this appeal.

3. Because jurisdiction may be affected by that pending motion, I respectfully ask that this appeal be held in abeyance until the district court acts on the pending Rule

59(e) motion.

4. In addition, I respectfully request appointment of counsel under 18 U.S.C. § 3006A and the in forma pauperis provisions applicable to indigent appellants. I was previously represented at the district-court level in connection with this same compassionate-release matter, and I remain financially unable to obtain counsel.

I submit this request in good faith and solely to preserve judicial economy and procedural clarity between the district and appellate courts.

Thank you for your time and assistance in ensuring proper management of this appeal.

Respectfully submitted,

Pierre Rashad Preston

Pierre Rashad Preston
Reg. No. 54173-509
FPC Butner
P.O. Box 1000
Butner, NC 27509

DECLARATION UNDER 28 U.S.C. § 1746

I, Pierre Rashad Preston, declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.
Executed on November 5, 2025.

Pierre Rashad Preston

Pierre Rashad Preston
Defendant – Appellant

Pierre Preston
4907 Parrish Branch Rd
Midlothian, Va. 23112

K. Stump, 
United Sta'
1100 East
Richmond,



RECEIVED
U.S. MARSHALS

Deputy Clerk | Case Manager

̄es Court of Appeals for the fourth Circuit

Main Street, Suite 501

Va. 23219