FILED: November 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6935
(4:21-cr-00015-EKD-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PIERRE RASHAD PRESTON

Defendant - Appellant

_____

O R D E R

_____

The court defers consideration of the motion for abeyance and to appoint counsel pending review of the appeal on the merits after completion of informal briefing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk