FILED:  April 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6935
(4:21-cr-00015-EKD-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PIERRE RASHAD PRESTON

Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Richardson, Judge Berner, and Senior Judge Floyd.

For the Court

/s/ Nwamaka Anowi, Clerk