IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Case No. 25-6935

UNITED STATES OF AMERICA,
Plaintiff–Appellee,

v.

PIERRE RASHAD PRESTON,
Defendant–Appellant

NOTICE REGARDING CONTEMPORANEOUSLY SUBMITTED SUPPLEMENT AND MEDICAL-RECORD CHRONOLOGY

To:
Clerk of Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

Mr. Preston respectfully notifies the Clerk and this Court that his Supplement to Petition for Rehearing and Rehearing En Banc, together with the accompanying medical-record chronology, was transmitted contemporaneously with this Court's April 28, 2026 denial of rehearing. Given that timing, and without suggesting any fault by the Court, Mr. Preston respectfully submits that the supplement and supporting exhibit may not have been docketed, circulated, or meaningfully considered before the denial issued.

Mr. Preston does not submit this notice to relitigate rehearing, but to clarify the timing and to request that the Court note this circumstance in connection with his Motion to Stay Issuance of the Mandate Pending Filing and Disposition of Petition for Writ of Certiorari.

The supplement did not seek to expand the issues before the Court. Rather, it clarified and substantiated the central statutory question under 18 U.S.C. § 3553(a)(2)(D) through contemporaneous evidence demonstrating prolonged medical-record delay during active compassionate-release

litigation.

Respectfully submitted,

Pierre Rashad Preston
Reg. No. 54173-509
Federal Prison Camp (FPC) Butner
P.O. Box 1000
Butner, NC 27509
Pro se Defendant–Appellant

Date: _May 1,_____, 2026

Pierre Rashad Preston
4907 Parrish Branch Rd.
Midlothian, Va. 23112

Clerk of C
United States Cou
1100
Suit
Richmond, V



RECEIVED
U.S. MARSHALS

ourt
t of Appeals for the fourth Circuit
East Main Street,

501
. 23219