FILED:  May 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6935
(4:21-cr-00015-EKD-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PIERRE RASHAD PRESTON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to stay mandate, the court denies the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk